## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTY,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**GEO SECURE SERVICES, LLC.**<br><br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 23-4563** |

## <u>ORDER RE: SUMMARY JUDGMENT</u>

AND NOW on this 1st day of May, 2025, for the reasons stated in the foregoing

Memorandum Defendant's Motion for Summary Judgment, ECF 22, is **DENIED**.

**BY THE COURT:**

 **/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-4563 Trusty v Geo Secure Srvcs\23=4563 order re msj.docx