IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GNOA TRUSTY,** *Plaintiff,* v. **GEO SECURE SERVICES, LLC.** *Defendant.* | **CIVIL ACTION** **NO. 23-4563** |

### ORDER RE: RECONSIDERATION MOTION

AND NOW on this 13th day of May, 2025, for the reasons stated in the foregoing Memorandum, Defendant's Motion for Reconsideration, ECF 29, is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-4563 Trusty v Geo Secure Srvcs\23-4563 order re reconsideration.docx

1